# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136848

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                 SC: 136848
                                 COA: 285310
                                 Osceola CC: 05-003812-FC

RONALD ALLEN REHKOPF,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

p0915

_____
Clerk